12-14-00046 CR

monday, January 12, 2015



REC'D IN COURT OF APPEALS
12th Court of Appeals District
JAN 2? 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Ms Cathy S. Lusk
Twelfth Court of Appeals
1517 West Front Street
   Suite 354
Tyler, Tx 75702

Dear. Ms Lusk

I pray my letter arrive in the proper amount of time. Please excuse my tardy state. I please if It will please the court ask for an extention due to the circumstances of How the mail runs here. Thank you.

I do not compleatly understand to the fullness what is or is about to happen so If I will please the Court, and to knowlonger detain the court I would like to make a plea of the 5th admidment  no contest

Respectfully,
Timothy Wood.
Timothy Wood.